Georgia A. Staton, Bar #004863
Eileen Dennis GilBride, Bar #009220
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendant State of Arizona and Donald Conrad

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Ludwig, | NO. 2:16-CV-03826-DGC |
| Plaintiff, | **The State of Arizona and Donald Conrad's Satisfaction of Judgment** |
| v. | |
| State of Arizona by and through Attorney General Mark Brnovich, an Agency of the State of Arizona; and Donald Conrad, an Individual, | |
| Defendants. | |

The State of Arizona and Donald Conrad hereby acknowledge full satisfaction of the Judgment against Aaron Ludwig arising from the Amended Judgment on Taxation of Costs entered in favor of The State of Arizona and Donald Conrad on March 30, 2018.

DATED this 24th day of December 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/Ravi V. Patel
    Georgia A. Staton
    Ravi V. Patel
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant State of Arizona and Donald Conrad

9017836.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of December 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Lorraine Marques*